IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | NO. 4:14CR*174* |
| v. | § | Judge *Crone* |
| | § | |
| SHAWN DOUGLAS SWARTZ | § | |

## INDICTMENT

The United States Grand Jury charges:

## Count One

Violation: 18 U.S.C. § 922(g)(1)
(Possession of Firearm by a Felon)

On or about July 10, 2014, in Cooke County, Texas, in the Eastern District of Texas,

**Shawn Douglas Swartz**, defendant, having been convicted of a crime punishable by

imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate

commerce the following firearm: Hi-Point pistol, 9mm, serial number P1394839, in violation of

18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses alleged in this indictment, the defendant shall

forfeit to the United States pursuant to 18 U.S.C. §§ 924(d) and 28 U.S.C. § 2461(c), all firearms

and ammunitions involved in the offense, including but not limited to the following:

(1) Hi-Point pistol, 9mm, serial number P1394839, and

(2) 1 round of 9mm ammunition.

Indictment
Page 1

Moreover, if any property subject to forfeiture, as a result of any act or omission by the defendant (i) cannot be located upon the exercise of due diligence, (ii) has been transferred or sold to, or deposited with a third party, (iii) has been placed beyond the jurisdiction of the court, (iv) has been substantially diminished in value, or (v) has been commingled with other property which cannot be subdivided without difficulty, the defendant shall forfeit to the United States any other property of the defendant's up to the value of the forfeitable property.

A TRUE BILL

_____
FOREMAN

JOHN M. BALES
UNITED STATES ATTORNEY

Date: 11-12-14

_____
LESLEY DAVIS
Assistant United States Attorney

**Indictment**
**Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 4:14CR |
| v. | § | Judge |
| | § | |
| SHAWN DOUGLAS SWARTZ | § | |

## NOTICE OF PENALTY

### Count One

Violation:    18 U.S.C. § 922(g)(1)

Penalty:    Imprisonment for a term of not more than 10 years, a fine not to exceed $250,000; supervised release for a term of not more than 3 years.

If it is shown the defendant has three previous convictions by any court for a violent felony or a serious drug offense, or both, committed on occasions different from one another - Imprisonment of 15 years to life, a fine not to exceed $250,000.00, or both; a term of supervised release of at least 3 years but not more than 5 years.

Special Assessment:   $100.00

**Indictment**
**Page 3**